PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>                    v.<br><br>JERRETT NEWMAN,<br><br>                            Defendant. | CASE NO. 1:21-CR-00299-NODJ-BAM<br><br>GOVERNMENT MOTION TO DISMISS AND ORDER |

The United States of America, by and through its undersigned counsel, hereby moves for dismissal of the above-captioned matter, as a result of insufficiency of evidence to proceed at trial.

Dated: December 8, 2023
PHILLIP A. TALBERT
United States Attorney

By: */s/ STEPHANIE M. STOKMAN*
STEPHANIE M. STOKMAN
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: **December 8, 2023**

UNITED STATES DISTRICT JUDGE